# Photo Evidence of Compartment-to-Compartment Explosion Extension

# Extension through breached partition between the B1 Room (immediately adjacent to the South Bauermeister) and C1 Room





3

Extension up the Stairs at the northwest corner of B1, through the door, and into the A/B Mill Stairway. Window of B1 door blown into stairway.









# Extension From Stairs at B1 Level into the Hallway to the Supply Room and Into Pack









# Extension Into Hallway



# Extension From B1 (through middle door and overhead air shaft opening on north side of room) into the B Mill Air Shaft







16



17

# Extension From First Floor up the B Mill Airshaft and Into B2 Electrical Room









# Extension into B2 from B Mill Air Shaft Through Air Shaft Door and Air Shaft Opening







# Extension from B2 Through Cinder Block In-Fill Wall





# Extension Through Hall to Control Room and Stairs Leading to C2







# Extension From B2 Into A/B Mill Stairwell, including Through B2 Door (Knocked Into Adjacent Doorway)









# Extension On First Floor From B Mill Air Shaft to A Mill Air Shaft Through the Opening Between Shafts







# Extension From A Mill Air Shaft into A1 Through Door and Louvered Opening











43

# Extension from A Mill Air Shaft into A2 Through Air Shaft Opening





# Extension From A2 Into Pack Through Roll-Up Door







